IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TONI CONLEY, JR.,  # 443946,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 13-cv-01039-JPG |
| | ) |
| **ST. CLAIR COUNTY** | ) |
| **SHERIFF'S DEPARTMENT,** | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

On October 4, 2013, Plaintiff Toni Conley, Jr., an inmate housed at the St. Clair County Jail, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1).  By Order dated November 1, 2013, the Court concluded that the complaint, as drafted, failed to state a colorable constitutional claim (Doc. 5).

Plaintiff was directed to file a complaint by December 2, 2013 (Doc. 5).  He was forewarned that failure to file a proper complaint by the prescribed deadline would result in the dismissal of this action, that such a dismissal would count as one of his allotted "strikes" under the provisions of 28 U.S.C. § 1915(g), and that Plaintiff would remain obligated to pay the filing fee.  *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

Plaintiff has not filed a complaint and the deadline for doing so has passed.  It appears that Plaintiff has abandoned this action.

**IT IS THEREFORE ORDERED** that pursuant to Federal Rule of Civil Procedure 41(b), this action is **DISMISSED with prejudice** for failure to comply with a court order and failure to prosecute this action.  Furthermore, this action is deemed frivolous for purposes of

Section 1915(g); therefore Plaintiff will be allotted a **STRIKE** under the provisions of 28 U.S.C. § 1915(g).  Judgment shall enter accordingly and this case will be closed.

**IT IS SO ORDERED.**

**DATED:  February 3, 2014**

*s/ J. Phil Gilbert*
**UNITED STATES DISTRICT JUDGE**